UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00183-KDB-DCK

| | |
|---|---|
| EVELYN T. BURNEY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| WILKES VOCATIONAL SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Evelyn T. Burney ("Plaintiff") filed this action on November 9, 2023, against Defendant. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 3]. The Court conducted an initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 3]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff 21 days from December 11, 2023, to amend her Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if she failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 6-7].

More than 21 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: January 16, 2024

Kenneth D. Bell
United States District Judge